UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ESTATE OF ASSON HACKER BY SPECIAL ADMINISTRATOR, KOURTNEY HACKER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:24-cv-00171-RLY-CSW ) |
| EVANSVILLE POLICE DEPARTMENT, ET AL. | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS**

Plaintiff, Estate of Asson Hacker, by Special Administrator, Kourtney Hacker, pursuant to the Court's December 10, 2024 Order [DE #018], files her Preliminary List of Witnesses and Exhibits.

**A.   Witnesses**

1. Kourtney Crocker, wife of Asson Hacker ("Asson") –information on Asson's condition and death following training with the Southwest Indiana Law Enforcement Academy ("SWILEA") and the "Big Fight" as described in Plaintiff's Complaint, and Plaintiff's damages;

2. Any and all additional family members of Asson who may testify as to the loss of the love and companionship of losing Asson, and other damages, which individuals include but are not limited to Asson's children, Kendrick Hacker, Kyrie Hacker, Kayden Hacker and Jayvin Hout; parents, Paul Hacker and Wanda LaLonde; brothers, Joshua Massop, Lij Hacker, and Justice Hacker; sisters Niya Sosa and Alexis Hacker.

3. Tanner Corum – fellow participant in SWILEA with knowledge of training who also sustained injuries in the training;

4. Major Michael Fisher – information on Asson's training and participation in the "Big Fight";

5. Garrett Vanfleet – information on Asson's training and participation in the "Big Fight";

6. Indiana State Police members who participated in and drafted the Indiana State Police Incident Report, including Sergeant M. Ringle, Detective B. Deig, Trooper Detective W. Campbell, and Detective T. Walden;

7. Officer Craig Peirce – identified as lead instructor of SWILEA;

8. Any and all other individuals identified in the Indiana State Police Incident Report;

9. Any and all other individuals who participated in the SWILEA training with Asson;

10. Any and all healthcare providers and individuals who provided treatment for and cared for Asson at the Deaconess Midtown Hospital;

11. Vanderburgh County Sheriff Noah Robinson – knowledge of and involvement in SWILEA training;

12. Dr. Christopher Kiefer, pathologist, who performed autopsy on Asson;

13. Steve Lockyear from Vanderburgh County Coroner's Office;

14. Any and all individuals who oversaw the training and who were responsible for Asson's wellbeing while he participated in SWILEA;

15. Expert witnesses to be disclosed;

16. Witnesses, the identity of whom is not now known, who may be discovered during the investigation of this action;

17. Any witness necessary to identify or authenticate or to provide testimony necessary for the admission of documents as exhibits at trial;

18. Any record custodian required to authenticate any document introduced into evidence at trial;

19. All persons identified in any deposition taken or to be taken in this action;

20. All persons identified through discovery by any party; and

21. All witnesses listed by Defendants in their initial disclosures and in their lists of witnesses and exhibits.

**B.   Exhibits**

1. Death Certificate;

2. Autopsy Report;

3. Medical Records and other records from the Deaconess Midtown Hospital;

4. Any and all records involving Asson Hacker's participation in SWILEA;

5. Videotape and audio recordings of Asson participating in SWILEA, particularly, those videotape and audio recordings before and after Asson's participation in the "Big Fight";

6. Tort Claim issued by Plaintiff;

7. The Indiana State Police incident report;

8. Photographs of Asson with family and friends;

9. Documentation of Funeral and Burial Expenses;

10. Asson's Tax Return Documents;

11. Any and all documents requested in discovery, including but not limited to:

    a. Communications by and between the City of Evansville Police Department or any of their members, Michael Fisher, Garrett Vanfleet, and/or the Vanderburgh County Sheriff's Office pertaining in any way to Asson Hacker;

    b. Records involving Michael Fisher and Garrett Vanfleet and the training they have completed;

    c. Training requirements and all other rules and regulations and other documents involving SWILEA;

    d. Any contract between the Vanderburgh County Sheriff and the City of Evansville regarding recruits participating in SWILEA;

    e. Internal communications of Defendants pertaining in any way to Asson;

    f. Copies of any incident reports pertaining to Asson;

12. Any and all documents disclosed in discovery;

13. Any and all written or recorded statements by any witness with knowledge of the alleged events in Plaintiff's Complaint;

14. Depositions of any witness;

15. Any and all documents identified by or produced by Defendants;

16. Documents produced or identified during discovery; and

17. Plaintiff reserves the right to add exhibits as discovery continues. Plaintiff will supplement her list of documents and other tangible items as additional items become identified during discovery in this matter.

                Respectfully submitted,

                /s/ Steven P. Lammers

                Charles C. Hayes 24220-53
                HAYES RUEMMELE, LLC
                22 E. Washington Street Ste. 610
                Indianapolis, IN 46204
                317-491-1050, FAX 317-491-1043
                Charles@chjrlaw.com

         Steven P. Lammers, 26443-64
         Lammers Law Group LLC
         880 Monon Green Blvd Suite 101
         Carmel, IN 46032
         (317) 995-0189
         slammers@lammerslawgroup.com

         Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2025, this office electronically filed the foregoing with the Clerk of Court using the electronic filing system, which sent notification of such filing and document access links to the following:

| | |
|---|---|
| Keith W. Vonderahe<br>Email: kvonderahe@zsws.com<br><br>Matthew S. Korressell<br>mkoressel@zsws.com<br><br>Counsel for Defendants, Evansville Police Department, Southwest Indiana Law Enforcement Academy and Garrett Vanfleet | Amy S. Johnson<br>asjohnson@fbtlaw.com<br><br>Anthony W. Overholt<br>aoverholt@fbtlaw.com<br><br>Counsel for Defendants, Knox County Sheriff's Department and Michael Fisher |

         /s/ Steven P. Lammers
         Steven P. Lammers
         slammers@lammerslawgroup.com