# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| ESTATE OF ASSON HACKER, Special Administrator, Kourtney Hacker,<br><br>Plaintiff,<br><br>v.<br><br>KNOX COUNTY SHERIFF'S DEPARTMENT A/K/A DOUG VANTLIN, EVANSVILLE POLICY DEPARTMENT AKA CITY OF EVANSVILLE SOUTHWEST INDIANA LAW ENFORCEMENT ACADEMY MICHAEL FISHER GARRETT VANFLEET<br><br>Defendants. | CASE NO. 3:24-cv-00171-RLY-CSW |

## KNOX COUNTY DEFENDANTS' PRELIMINARY EXHIBIT LIST

Pursuant to the Court's December 10, 2024, Order approving the Case Management Plan (Dkt. No. 18), Defendants Knox County Sheriff's Department a/k/a Doug Vantlin and Michael Fisher ("Knox County Defendants"), by counsel, hereby submit their Preliminary Exhibit List as follows:

## PRELIMINARY EXHIBIT LIST

1. Indiana State Police investigation file.

2. Medical records for Asson Hacker, including, but not limited to, those from Deaconess Health System and Indiana Pain Centers.

3. Vanderburgh County Coroner's Report re: Asson Hacker.

4. Death Certificate of Asson Hacker.

5. Southwest Indiana Law Enforcement Academy Training Materials and Curriculum for Course 23-33.

6. Dash and back seat camera footage of transport of Asson Hacker to Deaconess Hospital.

7. Video footage of SWILEA defensive tactics testing at Club Bushido on March 2, 2023, including, but not limited to, the footage showing Defendant Fisher and Asson Hacker.

8. Evansville Police Department Operational Guideline.

9. Training records for Michael Fisher.

10. Asson Hacker Health and Emergency Services Form submitted for participation in SWILEA Training Academy.

11. Asson Hacker Informed Consent Form submitted for participation in SWILEA Training Academy.

12. Asson Hacker Waiver, Release Agreement and Informed Consent Form submitted for participation in SWILEA Training Academy.

13. All documents, pleadings, and records relating to In Re: The Estate of Asson A. Hacker cause number 82D04-2304-EM-000237.

14. All documents produced by any non-party, including but not limited to any medical provider who treated Asson Hacker, Indiana Law Enforcement Academy, Indiana State Police, Vanderburgh County Sheriff's Department, former employer(s) of Asson Hacker, and the Vanderburgh County Coroner's Office.

15. All pleadings including exhibits; other filings; and discovery in this case.

16. All documents produced by any party.

17. All documents produced in discovery.

18. Depositions of any witnesses and exhibits thereto.

19. Any visual depictions to be used as demonstrative evidence.

20. Any exhibits necessary for purposes of impeachment and/or rebuttal.

The Knox County Defendants specifically reserve the right to introduce additional exhibits as may be necessary after considering the other parties' discovery responses and evidence at trial.

FROST BROWN TODD LLP

By: */s/ Amy Stewart Johnson*
    Amy S. Johnson, #16257-49
    Anthony W. Overholt, #16481-49
    Barry F. McGinley, #36893-49
    111 Monument Circle, Suite 4500
    P.O. Box 44961
    Indianapolis, IN 46244-0961
    Telephone: (317) 237-3800
    Facsimile: (317) 237-3900
    Email: bmcginley@fbtlaw.com
           asjohnson@fbtlaw.com
           aoverholt@fbtlaw.com

*Attorneys for Defendants Knox County Sheriff's Department a/k/a Doug Vantlin and Defendant Michael Fisher*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2025, the foregoing document was filed electronically. Served of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Amy S. Johnson*
                                        Amy S. Johnson

FROST BROWN TODD, LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN  46244-0961
Telephone:   (317) 237-3800
Facsimile:    (317) 237-3900
Email:        bmcginley@fbtlaw.com
               asjohnson@fbtlaw.com
               aoverholt@fbtlaw.com

0000T69.0769834   4904-3691-6497v1