UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF ASSON HACKER, | ) | |
| Special Administrator, Kourtney Hacker | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KNOX COUNTY SHERIFF'S | ) | Case No. 3:24-cv-00171-RLY-CSW |
| DEPARTMENT A/K/A DOUG VANTLIN, | ) | |
| EVANSVILLE POLICE DEPARTMENT | ) | |
| A/KA/ CITY OF EVANSVILLE, | ) | |
| SOUTHWEST INDIANA LAW | ) | |
| ENFORCEMENT ACADEMY, | ) | |
| MICHAEL FISHER, and | ) | |
| GARRETT VANFLEET, | ) | |
| Defendants. | ) | |

## CITY DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendants, City of Evansville, Indiana, and Garrett Vanfleet ("City Defendants"), by

counsel, respectfully submit their Preliminary Witness and Exhibit Lists, pursuant to the Order

on Case Management Plan. [Dkt. 18].

## I.      Preliminary Witness List

1. Kourtney Hacker;

2. Knox County Sheriff Department "(KCSD") Major Michael Fisher;

3. EPD Officer Garrett Vanfleet;

4. KCSD Deputy Cameron Carr;

5. KSCD Deputy Chase Dotterweich;

6. Indiana State Police ("ISP") Detective Toni Walden;

7. ISP Detective Ted Clamme;

8. ISP Sergeant David Price;

9. ISP Officer Brandon Deig;

10. ISP Officer William Campbell;

11. Forensic Pathologist Dr. Christopher Kiefer;

12. Former Vanderburgh County Coroner Steven W. Lockyear;

13. Registered Nurse Shawn Brown;

14. Dr. Barry W. Gest, MD;

15. Dr. Brian J. Chaffin, DO;

16. Dr. Adeel Siddiqui, MD;

17. Dr. Mansoor Kahn, MD;

18. Dr. Naga Turaga, MD;

19. Dr. Gina Huhnke, MD;

20. Petersburg Police Department ("PPD") Officer Benjamin Hess;

21. Jasper Police Department ("JPD") Officer Matthew Lottes;

22. JPD Officer Nolan Henke;

23. EPD Sergeant Sarah Brown;

24. Posey County Sheriff's Office ("PCSO") recruit Max (Aaron) Straub;

25. PCSO Deputy Tyler Baker;

26. PSCO Deputy Danner Latchaw;

27. Warrick County Sherrif's Office ("WCSO") Deputy Tyler Dunn;

28. Mitchell Police Department Officer James Shield;

29. Chandler Police Department Officer Jesse Boyle;

30. Spencer County Sheriff's Office Deputy Benjamin Nanney;

31. EPD Officer Kyle Matlock;

32. EPD Officer Christopher Alexander;

33. EPD Officer Spencer Howell;

34. EPD Officer Andrew Vincent;

35. EPD Officer Cameron Arvin;

36. EPD Officer Harrison Maglinger;

37. EPD Officer Gavin Williamson;

38. EPD Officer Zach Turpin;

39. EPD Officer Zach Henderson;

40. EPD Officer Ben Hallmark;

41. EPD Sergeant Craig Pierce;

42. EPD Officer Eric Rasche;

43. EPD Lieutenant Kyle Kassel;

44. EPD Officer Kevin Day;

45. Vanderburgh County Sheriff Noah Robinson;

46. Vanderburgh County Prosecutor Diana Moers;

47. Additional EPD personnel not yet known;

48. All records custodians necessary to authenticate documents;

49. Any person identified in any other party's Initial Disclosures;

50. Any person identified during discovery in this case;

51. Any person deposed or mentioned during a deposition in this case; and

52. Any person subsequently identified on the parties' Preliminary Witness Lists.

**Discovery in this case is ongoing, and as such, Defendants reserve the right to supplement this preliminary list of witnesses. The Defendants also reserve the right to call individuals not listed above for the purposes of impeachment, rebuttal, or sur-rebuttal.**

## II.     Preliminary Exhibit List

1. All relevant EPD Rules, Regulations & Procedures, and EPD's Operational Guidelines.

2. All relevant documents related to the SWILEA program.

3. Videos relating to the events described in the Complaint.

4. Incident Report prepared by the Indiana State Police, with attachments.

5. Postmortem Examination and related lab records for Asson Hacker.

6. Relevant medical records of Asson Hacker.

7.      All documents signed by Asson Hacker relating to his participation in the

SWILEA program.

8.      Any document or thing identified on any party's Initial Disclosures.

9.      Any document or thing exchanged during the course of discovery.

10.     Any document or thing necessary for rebuttal or impeachment purposes.

11.     Any document or thing necessary for the admission or the exclusion of another

exhibit.

12.     Any visual depictions to be used as demonstrative evidence.

13.     Any document or thing yet to be discovered throughout the course of discovery.

**Defendants do not hereby stipulate to the authenticity or admissibility of any of the foregoing items.  Because discovery is ongoing, Defendants reserve the right to deviate from this preliminary list of documents and to introduce documents into evidence not listed above that are discovered during the course of this litigation, as well as documents utilized for the purpose of impeachment, rebuttal or surrebuttal.**

Respectfully submitted,


/s/ *Matthew S. Koressel*
Keith W. Vonderahe, 21908-82
Matthew S. Koressel, 35276-49
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
P.O. Box 916
Evansville, Indiana 47706-0916
Phone: (812) 424-7575
Fax: (812) 421-5089
Email: kvonderahe@zsws.com
         mkoressel@zsws.com
*Attorneys for the City of Evansville and Garrett Vanfleet*

## CERTIFICATE OF SERVICE

I certify that on February 3, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Charles C. Hayes and Jane H. Ruemmele
HAYES RUEMMELE, LLC
E-Mails: Charles@chjrlaw.com and Jane@chjrlaw.com

Steven P. Lammers
MANDEL RAUCH & LAMMERS, P.C.
E-Mail: slammers@mhmrlaw.com

Amy Steward Johnson and Anthony W. Overhold
FROST BROWN TODD LLP
E-Mail: aoverhold@fbtlaw.com and asjohnson@fbtlaw.com

/s/ Matthew S. Koressel
Matthew S. Koressel